# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

SHAR PRODUCTS COMPANY,
a Michigan corporation,

     Plaintiff,

v.

                                                Case No. 2:18-cv-11792
                                                Hon. George Caram Steeh

LANDMARK TECHNOLOGY, LLC,
a Delaware limited liability company,

     Defendant.

___/

| | |
|---|---|
| BODMAN PLC<br>By:   Dennis J. Levasseur (P39778)<br>       Michael J. Serra (P77741)<br>1901 St. Antoine Street, 6th Floor<br>Detroit, Michigan 48226<br>(313) 393-7596<br>dlevasseur@bodmanlaw.com<br>mserra@bodmanlaw.com | CHOKEN WELLING LLP<br>By:    David A. Welling<br>55 S. Miller Rd., Suite 203<br>Akron, Ohio 44333<br>(330) 865-4949<br>davidw@choken-welling.com<br>Attorney for Defendant |

       -and-

BEJIN BIENEMAN PLC
By:   Charles A. Bieneman (P66755)
2000 Town Center, Suite 800
Southfield, Michigan 48075
(313) 528-4882
bieneman@b2iplaw.com
Attorneys for Plaintiff

_____/

## STIPULATED ORDER FOR DISMISSAL WITH PREJUDICE

Plaintiff Shar Products Company and Defendant Landmark Technology, LLC, under Fed. R. Civ. P. 41(a)(2) and (c), and by their undersigned counsel, hereby stipulate to an order dismissing all claims and counterclaims in this action WITH PREJUDICE, subject to the terms of that certain agreement entitled " **MUTUAL RELEASE AND SETTLEMENT AGREEMENT**", with each party to bear its own costs, expenses and attorneys' fees.

By:   /s/ Dennis J. Levasseur
      Dennis J. Levasseur (P39778)
1901 St. Antoine Street, 6th Floor
Detroit, Michigan 48226
(313) 393-7596
dlevasseur@bodmanlaw.com
Attorney for Plaintiff

By:   /s/ David A. Welling
      David A. Welling
55 S. Miller Rd., Suite 203
Akron, Ohio 44333
(330) 865-4949
davidw@choken-welling.com
Attorney for Defendant

## ORDER OF DISMISSAL WITH PREJUDICE

The Court having read the above stipulation by the parties, and being otherwise fully advised of the premises,

IT IS HEREBY ORDERED that all claims and counterclaims asserted in this action of Plaintiff Shar Products Company and Defendant Landmark Technology, LLC, are hereby dismissed with prejudice, subject to the terms of that certain agreement entitled "**MUTUAL RELEASE AND SETTLEMENT AGREEMENT**".

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

This is a final order and closes the case.

Hon. George Caram Steeh

Dated: November 20, 2018